IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

TAERRIUS BOYD-DICKERSON                                      PLAINTIFF

v.                                                           CASE NO.: 3:25-cv-00052-RGJ-RSE

EQUIFAX INFORMATIONS SERVICES, LLC                       DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Taerrius Boyd-Dickerson, and the Defendant, Equifax Information Services, LLC ("Equifax") each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Rebecca Grady Jennings, District Judge
United States District Court

June 4, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

TAERRIUS BOYD-DICKERSON                              PLAINTIFF

v.                                         CASE NO.: 3:25-cv-00052-RGJ-RSE

EQUIFAX INFORMATIONS SERVICES, LLC                    DEFENDANT

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Taerrius Boyd-Dickerson, and the Defendant, Equifax Information Services, LLC ("Equifax") each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Rebecca Grady Jennings, District Judge
United States District Court

June 4, 2025

*/s/John Michael Williams (with permission)*
John Michael Williams
Ogletree, Deakins, Nash, Smoak & Stewart PC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
859-201-0557
Fax: 859-403-3152
Email: john.williams@ogletree.com
*Counsel for Defendant, Equifax*
*Information Services, LLC*

*/s/John Michael Williams (with permission)*
John Michael Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
859-245-1059
Fax: 859-245-1231
Email: williams@wktlaw.com
*Counsel for Defendant, Equifax*
*Information Services, LLC*